**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com
*Counsel for Kenneth Allard and*
*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JASPER THERAPEUTICS, INC., RONALD A. MARTELL, HERBERT C. CROSS, and EDWIN TUCKER, <br><br> Defendants. | Case No. 5:25-cv-08010-BLF <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT KENNETH ALLARD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Beth Labson Freeman <br> Hearing: March 19, 2026 <br> Time: 9:00 a.m. <br> Courtroom: 1—5th Floor (San Jose) |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for movant Kenneth Allard ("Movant"). I make this declaration in support of Movant's motion for appointment as lead plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT
KENNETH ALLARD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
COUNSEL – Case No. 5:25-cv-08010-BLF

Exhibit 1:   PSLRA Early Notice;

Exhibit 2:   Movant's PSLRA certification;

Exhibit 3:   Movant's loss chart;

Exhibit 4:   The firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of November 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Kenneth Allard and*
*[Proposed] Lead Counsel for Plaintiff and the Class*

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT KENNETH ALLARD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 5:25-cv-08010-BLF

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On November 18, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT KENNETH ALLARD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on November 18th, 2025.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT KENNETH ALLARD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 5:25-cv-08010-BLF