# Exhibit 3

**Jasper Therapeutics, Inc. Loss Chart**
**Class Period: November 30, 2023 through July 03, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Equities Loss/Gain | Total Loss/Gain | Lookback Price $2.86 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth Allard | 12/10/2024 | 2,800 | ($21.87) | ($61,236.00) | | | | | 2,800 | $8,000.32 | ($53,235.68) | ($53,235.68) | |