Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Andrew Gray
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASPER THERAPEUTICS, INC., RONALD A. MARTELL, HERBERT C. CROSS, and EDWIN TUCKER,<br><br>Defendants. | Case No. 5:25-cv-08010-BLF<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF ANDREW GRAY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:25-cv-08010-BLF

I, Charles H. Linehan, declare as follows:

1.    I am a Partner with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Andrew Gray ("Gray") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of the Motion of Andrew Gray for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published on *Access Newswire* on September 19, 2025, announcing the pendency of this action against the Defendants herein;

Exhibit B:    Signed PSLRA Certification of Gray;

Exhibit C:    Analyses of Gray's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of November 2025, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:25-cv-08010-BLF

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On November 18, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2025, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:25-cv-08010-BLF