# EXHIBIT A

Back to the Newsroom

   



# Pomerantz Law Firm

# Therapeutics, Inc. And Certain Officers - JSPR

Friday, 19 September 2025 07:45 PM

Topic: Class Action

**NEW YORK CITY, NY /** [ACCESS Newswire](#) **/ September 19, 2025 /** erantz LLP announces that a class action lawsuit has been filed against Jasper Therapeutics, Inc. ("Jasper" or the "Company") (NASDAQ:JSPR) and certain officers.  The class action, filed in the United

States District Court for the Northern District of California, and docketed under 25-cv-08010, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Jasper securities between November 30, 2023 and July 3, 2025, both date inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Jasper securities during the Class Period, you have until November 18, 2025 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-ma are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Jasper, a clinical-stage biotechnology company, focuses on developing therapeutics targeting mast cell driven diseases such as Chronic Spontaneous Urticaria ("CSU"), Chronic Inducible Urticaria ("CIndU"), and Asthma. The Company's lead product candidate is briquilimab, a monoclonal antibody designed to block stem cell factor ("SCF") from binding to and signaling through the CD117 ("c-Kit") receptor on mast and stem cells. According to Jasper, the "SCF/c-Kit pathway is a survival signa for mast cells and [the Company] believe[s] that blocking this pathway may lead to depletion of these cells throughout the body, including in th lungs and in the skin, which could lead to significant clinical benefit for patients with mast-cell driven diseases such as asthma and chronic urticarias" and "to that end, [Jasper is] focusing on advancing a portfolio of clinical programs in mast cell driven diseases." In 2024, to "strengthen [it s] balance sheet and support development of briquilimab," Jasper completed an oversubscribed $50 million financing "with a syndicate of

leading life science investors," purportedly "extending [its] cash runway through the third quarter of 2025."

In November 2023, the Company commenced a Phase 1b/2a clinical study of subcutaneous briquilimab for the treatment of CSU (the "BEACON Study"). When announcing the first patient dosing in the BEACON Study, Jasper's Chief Executive Officer Defendant Ronald Marte stated, in relevant part, that he was "confident in the ability of our clinical organization to continue to execute at a high level as we advance briquilimab into clinical trials in CIndU and other mast cell-driven diseases." In December 2024, the Company commenced a Phase 1b/2a clinical study evaluating briquilimab in allergic asthma (the "ETESIAN Study"). In addition, Jasper has attempted to develop briquilimab as a one-time conditioning therapy for severe combined immunodeficiency ("SCID") patients undergoing a second stem cell transplant.

Under the Drug Supply Chain Security Act -a law enacted by Congress in 2013 designed to improve and ensure the safety of the U.S pharmaceutical supply chain-all prescription drugs must be labeled with a unique product identifier that includes, among other things, a "lot number." Drug "lots" are batches of a product that are manufactured, processed, packaged, or stored under the same conditions. If a medication is compromised, pharmaceuticals companies can use lot numbers to trace the affected batches and alert healthcare providers.

According to the Company, "[t]he manufacture of pharmaceuticals is subject to extensive [current Good Manufacturing Practices ("cGMP")] regulations, which impose various procedural and documentation requirements and govern all areas of record keeping, production processes and controls, personnel and quality control." Because Jasper does not currently own or operate any manufacturing facility, the Company relies on third-party contract manufacturing organizations to produce its drug candidates in purported "accordance with cGMP regulations for use in [its] clinical studies."

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the

Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Jasper lacked the controls and procedures necessary to ensure that the third-party manufacturers on which it relied were manufacturing products in full accordance with cGMP regulations and otherwise suitable for use in clinical trials; (ii) the foregoing failure increased the risk that results of ongoing studies would be confounded, thereby negatively impacting the regulatory and commercial prospects of the Company's products, including briquilimab; (iii) the foregoing increased the likelihood of disruptive cost-reduction measures; (iv) accordingly, the Company's business and/or financial prospects, as well a briquilimab's clinical and/or commercial prospects, were overstated; and (v) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On July 7, 2025, Jasper issued a press release reporting updated data from the BEACON Study. The press release stated that "results from the 240mg Q8W and the 240mg followed by 180mg Q8W dose cohorts appear to be confounded by an issue with one drug product lot used in those cohorts, with 10 of the 13 patients dosed with drug from the lot in question," that "[t]he Company is investigating the drug product lot in question and expects to have the results of that investigation in the coming weeks," and that Jasper was "taking steps to ensure that drug product from the lot in question is returned to the Company and that sites have drug product from other lots to continue dosing." Further, the press release revealed that the Company "has also determined that the drug product lot in question was used to treat participants enrolled in th ETESIAN [Study]. As a result, and in order to focus resources on advancing briquilimab in CSU, the Company is halting the study and pausing development in asthma." Finally, the press release stated that "the Company is halting development in SCID" and, contrary to its prior representation of having a strong balance sheet and a cash runway extending "through the third quarter of 2025," that Jasper "will be implementing a number of other cost cutting measures including a potential restructuring, to extend runway and reduce expenses."

On this news, Jasper's stock price fell $3.73 per share, or 55.1%, to close at $3.04 per share on July 7, 2025.

Market analysts were quick to comment on the Company's announcement. For example, on July 7, 2025, BMO Capital Markets published a report downgrading Jasper to market perform and lowering its price target from $6.77 per share to $4.00 per share (the "BMO Report"). The BMO Report stated, in relevant part, that "potential Briquilimab drug lot issues, coupled with existing uncertainty around dose-response [], will pressure the [Jasper] story moving forward" given, among other things, Jasper's "financing overhang" and market competition.

After the end of the Class Period, on July 9, 2025, the Company issued a press release entitled "Jasper Therapeutics Announces Corporate Reorganization and Other Cost Cutting Measures to Extend Cash Runway." The press release revealed that Jasper was reducing its workforce by approximately 50%, that "[i]n order to focus resources on th development of briquilimab in chronic urticaria, Jasper is halting its othe clinical and preclinical programs," and that Defendant Edwin Tucker was departing his role as the Company's Chief Medical Officer effective August 1, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, mor than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billion of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP