# EXHIBIT C

## Financial Interest Analysis

**Company Name:**    Jasper Therapeutics, Inc.
**Ticker:**    JSPR
**Class Period:**    November 30, 2023 to July 3, 2025
**Name:**    Andrew Gray

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/30/2025 | 1,466 | $5.5643 | -$8,157.2638 | | $0.0000 | -$8,157.26 |
| 5/30/2025 | 9 | $5.5832 | -$50.2488 | | $0.0000 | -$50.25 |
| 5/30/2025 | 368 | $5.5453 | -$2,040.6704 | | $0.0000 | -$2,040.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,843** | | | | **Subtotal:** | **-$10,248.18** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $5,242.76 |
| | | | $2.8447 | | **Total:** | **-$5,005.42** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 7, 2025 and October 3, 2025.