EDWARD HAN (SBN 196924)
edward.han@orrick.com
MOLLY MCCAFFERTY (SBN 325439)
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASPER THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No. 5:25-cv-08010-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Honorable Beth Labson Freeman<br>Date Action Filed: September 19, 2025 |
| RIČARDAS BARDAUSKAS, derivatively on behalf of JASPER THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. MARTELL, et al.,<br><br>Defendants,<br><br>and<br><br>JASPER THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-09561-TSH<br><br>Judge: Magistrate Judge Thomas S. Hixson<br>Date Action Filed: November 5, 2025 |

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO.: 5:25-CV-08010-BLF

Defendants Ronald A. Martell, Herbert C. Cross, Edwin Tucker (the "Securities Class Action Individual Defendants"), and Jasper Therapeutics, Inc. ("Jasper" or the "Company" and, together with the Securities Class Action Individual Defendants, the "Defendants") submit this unopposed Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rules ("Civ. L.R.") 3-12(b) and 7-11 (the "Motion").

**ACTION REQUESTED**

Pursuant to Civ. L.R. 3-12(b), Defendants respectfully inform the Court that the following cases are related:

1.     The putative securities class action captioned *Grant v. Jasper Therapeutics, Inc. et al.*, Case No. 5:25-cv-08010-BLF (the "Securities Class Action"), filed on September 19, 2025.

2.     The putative shareholder derivative action captioned *Bardauskas v. Martell et al.*, Case No. 3:25-cv-09561-TSH (the "Derivative Action"), filed on November 5, 2025.

Pursuant to Civ. L.R. 7-11(a), Defendants respectfully inform the Court that the plaintiff in the Derivative Action has indicated that he does not oppose this Motion. *See* Declaration of Edward Han in Support of Motion ("Han Decl.") ¶ 5.

**MEMORANDUM**

Civ. L.R. 3-12(b) directs a party to file an administrative motion to consider whether an action filed in this District may be related to another action pending in this District. The Derivative Action is related to the Securities Class Action within the meaning of Civ. L.R. 3-12(a) because the two actions concern substantially the same parties and underlying transactions or events, and there would likely be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

The Derivative Action is brought purportedly on behalf of Jasper by a shareholder of the Company, and also names the members of Jasper's Board of Directors, as well as Ronald A. Martell, Herbert C. Cross, and Edwin Tucker, as defendants. *See* Ex. A ¶¶ 18-39.[1] The Derivative Action alleges that Ronald A. Martell, Herbert C. Cross, Edwin Tucker, and the members of Jasper's Board of Directors (the "Derivative Action Individual Defendants") breached their

---

[1] All references to "Ex._" are to the exhibits attached to the Han Declaration.

- 1 -

fiduciary duties to Jasper by failing to disclose the Company's inadequate oversight and controls over third-party manufacturers responsible for its product briquilimab and the effect such inadequate oversight would have on the Company's clinical trials. *Id*. ¶¶ 5-11. The Derivative Action alleges that Jasper was damaged by the Derivative Action Individual Defendants' breaches of fiduciary duties because, *inter alia*, Jasper's stock price declined following a July 7, 2025 disclosure, exposing Jasper to securities fraud liability. *Id*. ¶¶ 8, 114-116.

The Securities Class Action contains similar allegations as the Derivative Action and likewise names Messrs. Martell, Cross, and Tucker as defendants. *See generally* Ex. B. Indeed, the Derivative Action complaint acknowledges a "federal securities fraud class action lawsuit pending in the United States District Court for the Northern District of California[.]" Ex. A ¶ 11. And the plaintiff in the Derivative Action seeks subject matter jurisdiction in this Court based on his claims (among others) under Section 10(b) of the Exchange Act—claims which the Securities Class Action also brings—and connects his claims "to the claims made in the Securities Class Action." *Id*. ¶ 14.

Both the Derivative Action and the Securities Class Action (i) are based on allegations regarding oversight and controls over third-party manufacturers and the effect on the Company's clinical trials; (ii) name Messrs. Martell, Cross, and Tucker as defendants; (iii) plead the same allegedly false and misleading statements made to investors between November 30, 2023 and July 3, 2025; (iv) allege that the same conduct makes those statements false and misleading (compare Ex. A ¶¶ 78-104 with Ex. B ¶¶ 25-42); and (v) allege that the "truth" was finally revealed on July 7, 2025, when Jasper issued a press release disclosing its clinical trial results. Ex. B ¶¶ 43-45. Finally, both actions were only recently filed and there has been no substantive litigation activity in either action.

While the Derivative and Securities Class Actions assert overlapping but different causes of action, because the actions "concern substantially the same parties, property, transaction, or event," it is "likely that there will be an unduly burdensome duplication of labor . . . or conflicting results if the cases are conducted before different judges." Civ. L.R. 3-12(a)(1)-(2). The overlap between the two actions as detailed above is sufficient to warrant that they be deemed judicially related pursuant to Civ. L.R. 3-12(a).

*    *    *

For these reasons, Defendants respectfully request that the Derivative Action be deemed judicially related to the Securities Class Action pursuant to Civ. L.R. 3-12(a).

A Proposed Order accompanies this Motion.

Dated: December 1, 2025

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Edward Han*
EDWARD HAN
edward.han@orrick.com
MOLLY MCCAFFERTY
mmccafferty@orrick.com
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

- and -

KEVIN M. ASKEW
kaskew@orrick.com
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

*Attorneys for Defendants Ronald A. Martell, Herbert C. Cross, Edwin Tucker, and Jasper Therapeutics, Inc.*

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO.: 5:25-CV-08010-BLF