EDWARD HAN (SBN 196924)
edward.han@orrick.com
MOLLY MCCAFFERTY (SBN 325439)
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASPER THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No. 5:25-cv-08010-BLF<br><br>**DECLARATION OF EDWARD HAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Honorable Beth Labson Freeman<br>Date Action Filed: September 19, 2025 |
| RIČARDAS BARDAUSKAS, derivatively on behalf of JASPER THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. MARTELL, et al.,<br><br>Defendants,<br>        and<br><br>JASPER THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-09561-TSH<br><br>Magistrate Judge Thomas S. Hixson<br>Date Action Filed: November 5, 2025 |

DECLARATION OF EDWARD HAN IN SUPPORT OF MOTION
CASE NO.: 5:25-CV-08010-BLF

I, Edward Han, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP. I am counsel for defendants Ronald A. Martell, Herbert C. Cross, Edwin Tucker, Scott Brun, Kurt von Emster, Vishal Kapoor, Svetlana Lucas, Christian W. Nolet, Judith Shizuru, Tom Wiggans, and nominal defendant Jasper Therapeutics, Inc. in *Bardauskas v. Martell, et al.*, Case No. 3:25-cv-09561-TSH (the "Derivative Action") and counsel for defendants Jasper Therapeutics, Inc., Ronald A. Martell, Herbert C. Cross, and Edwin Tucker (the "Defendants") in *Grant v. Jasper Therapeutics, Inc., et al.*, Case No. 5:25-cv-08010-BLF (the "Securities Class Action"). I submit this declaration in support of Defendants' unopposed administrative motion to consider whether the Derivative Action should be deemed related to the Securities Class Action pursuant to Civil Local Rule 3-12 (the "Motion"). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of the complaint filed in the Derivative Action.

3. Attached as Exhibit B is a true and correct copy of the complaint filed in the Securities Class Action.

4. On November 18, 2025, three motions were filed by parties seeking appointment as lead or co-lead plaintiff in the Securities Class Action. ECF Nos. 7, 11, 15. On November 20, 2025, counsel for Defendants sent an email to plaintiffs' counsel who have appeared in the Securities Class Action, advising them that Defendants would be filing this Motion and asking whether any party opposed the Motion. As of the filing of this Motion, none have advised us that any of them oppose the Motion.

5. On November 25, 2025, counsel for Defendants provided counsel for the Derivative Action plaintiff with a draft of this Motion. Counsel for the Derivative Action plaintiff advised that the Derivative Action plaintiff does not oppose this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have signed this declaration on December 1, 2025 in Menlo Park, California.

_/s/ Edward Han_

EDWARD HAN