EDWARD HAN (SBN 196924)
edward.han@orrick.com
MOLLY MCCAFFERTY (SBN 325439)
mmccafferty@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    (650) 614-7400
Facsimile:    (650) 614-7401

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 629-2020
Facsimile:    (213) 612-2499

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASPER THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No. 5:25-cv-08010-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: Honorable Beth Labson Freeman<br>Date Action Filed: September 19, 2025 |
| RIČARDAS BARDAUSKAS, derivatively on behalf of JASPER THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. MARTELL, et al.,<br><br>Defendants,<br><br>and<br><br>JASPER THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-09561-TSH<br><br>Magistrate Judge Thomas S. Hixson<br>Date Action Filed: November 5, 2025 |

Before the Court is the unopposed Administrative Motion to Consider Whether Cases Should Be Related filed by Defendants Jasper Therapeutics, Inc., Ronald A. Martell, Herbert C. Cross, and Edwin Tucker on December 1, 2025 pursuant to Civil Local Rules ("Civ. L.R.") 3-12 and 7-11 (the "Motion"). The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing, HEREBY ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Civ. L.R. 3-12, the action captioned *Bardauskas v. Martell, et al.*, Case No. 3:25-cv-09561-TSH (the "Derivative Action") is deemed related to the action captioned *Grant v. Jasper Therapeutics, Inc., et al.*, Case No. 5:25-cv-08010-BLF (the "Securities Class Action").

3.    The Derivative Action is hereby reassigned to the Honorable Judge Beth Labson Freeman, who is assigned to the Securities Class Action.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE