Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
　　　　drl@rowleylawpllc.com

**ATTORNEYS FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JASPER THERAPEUTICS, INC., RONALD A. MARTELL, HERBERT C. CROSS, and EDWIN TUCKER, <br><br> Defendants. | Case No. 5:25-cv-08010-BLF <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** <br><br> Judge: Honorable Beth Labson Freeman <br> Courtroom: 1, 5th Floor <br> Trial Date: None set |

Pursuant to Local Rule 3-12(b) and 7-11, Plaintiff John Walsh submits this Administrative Motion to consider whether the following cases should be related:

| Case Number | Title | Date Filed |
|---|---|---|
| | | |

ADMIN. MOT. TO CONSIDER WHETHER TO RELATE
CASES; CASE NO. 5:25-CV-08010-BLF

113936v1

| | | |
|---|---|---|
| 5:25-cv-08010-BLF (N.D. Cal.) | *Grant v. Jasper Therapeutics, Inc. et al.,* (the "Teamsters Action") | 9/19/2025 |
| 3:25-cv-10899 (N.D. Cal.) | *JOHN WALSH, derivatively on behalf of JASPER THERAPEUTICS, INC. v. RONALD A. MARTELL, JUDITH SHIZURU, KURT VON EMSTER, CHRISTIAN NOLET, SCOTT BRUN, VISHAL KAPOOR, THOMAS WIGGANS, SVETLANA LUCAS, WILLIAM LIS, ANNA FRENCH, HERBERT C. CROSS, AND EDWIN TUCKER (Defendants) and JASPER THERAPEUTICS, INC., a Delaware Corporation, (Nominal Defendant)* (the "Walsh" Action) | 12/22/2025 |

## I.      Applicable Standard under Civil L.R. 3-12

Under Civil Local Rule 3-12, an action is related to another when: (1) the actions concern substantially the same parties, property, transaction, event, or question of law; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. Civil L.R. 3-12(a)

-2-

A notice of related case must include: "(1) The title and case number of each related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(b); and (3) A statement addressing whether assignment to a single Judge is or is not likely to conserve judicial resources and promote an efficient determination of the action(s).

## II.    Related Cases

The *Grant* Action is a class action on behalf of all persons and entities other than Defendants that purchased or otherwise acquired Jasper securities between November 30, 2023 and July 3, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

The *Walsh* Action is a stockholder derivative action brought by Plaintiff, a stockholder of Jasper, on behalf of the Company against the Defendants. This action alleges breaches of fiduciary duty by the Board and senior executive officers occurring from at least November 30, 2023, to July 9, 2025 (the "Relevant Time Period"). During that time the Defendants (as defined herein) caused or allowed Jasper to issue or make materially false and misleading statements concerning the Company's financial condition and business operations.

Both Actions allege that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Jasper lacked the controls and procedures necessary to ensure that the third-party manufacturers on which it relied were manufacturing products in full accordance with cGMP regulations and otherwise suitable for use in clinical trials;

-3-

ADMIN. MOT. TO CONSIDER WHETHER TO RELATE CASES;
Case No. 5:25-cv-08010-BLF

(ii) the foregoing failure increased the risk that results of ongoing studies would be confounded, thereby negatively impacting the regulatory and commercial prospects of the Company's products, including briquilimab; (iii) the foregoing increased the likelihood of disruptive cost-reduction measures; (iv) accordingly, the Company's business and/or financial prospects, as well as briquilimab's clinical and/or commercial prospects, were overstated; and (v) as a result, Defendants' public statements were materially false and misleading at all relevant times.

Furthermore, the *Grant* Action shares the following same parties as the *Walsh* Action: JASPER THERAPEUTICS, INC., RONALD A. MARTELL, HERBERT C. CROSS, and EDWIN TUCKER.

### III.   Conclusion

For the reasons set forth above, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Dated: <u>December 22, 2025</u>

By:   <u>/s/ Francis J. "Casey" Flynn, Jr.</u>
Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley (to seek admission pro hac vice)
Danielle Rowland Lindahl (to seek admission pro hac vice)
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Email: srowley@rowleylawpllc.com
      drl@rowleylawpllc.com

-4-

ADMIN. MOT. TO CONSIDER WHETHER TO RELATE CASES;
Case No. 5:25-cv-08010-BLF

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on <u>December 22, 2025</u>, I electronically filed the foregoing with the Clerk of the Court by using the e-filing system which will send notification of such filing to all attorneys of record.

_____/s/ Francis J. "Casey" Flynn, Jr._____

ADMIN. MOT. TO CONSIDER WHETHER TO RELATE CASES;
Case No. 5:25-cv-08010-BLF