Francis J. "Casey" Flynn, Jr., #304712
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plz
Los Angeles, CA 90036
Tele: 314-662-2836
Email: casey@lawofficeflynn.com

**ROWLEY LAW PLLC**
Shane T. Rowley, Esq.*
Danielle Rowland Lindahl, Esq.*
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
          drl@rowleylawpllc.com

* Pro hac vice forthcoming

**COUNSEL FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASPER THERAPEUTICS, INC., RONALD A. MARTELL, HERBERT C. CROSS, and EDWIN TUCKER,<br><br>Defendants. | Case No. 5:25-cv-08010-BLF<br><br>**JURY TRIAL DEMANDED**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge: Beth Labson Freeman<br>Date Action Filed: September 19, 2025 |

Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related (the "Motion") has come before the Court. Having considered the papers submitted in support, the Court ORDERS as follows:

1.    The Motion is GRANTED.

- 1 -    [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES

113936v1

2. The Action captioned *JOHN WALSH, derivatively on behalf of JASPER THERAPEUTICS, INC. v. RONALD A. MARTELL,, ET AL., Case No. 3:25-cv-10899* (ND Ca.) filed on December 22, 2025 is hereby related to the action captioned *SANDRA LYNN GRANT, Individually and on Behalf of All Others Similarly Situated v. JASPER THERAPEUTICS, INC., ET AL.,* Case No. 5:25-cv-08010-BLF (ND Ca.) filed on September 19, 2025. The *Walsh* Action shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable Beth Labson Freeman
United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES

113936v1