**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SANDRA LYNN GRANT, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br>v.<br><br>JASPER THERAPEUTICS, INC., et al.,<br><br>Defendants. | Case No.  25-cv-08010-BLF<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO DISMISS; AND DIRECTING DEFENDANTS TO FILE A CORRECTED MOTION BY APRIL 28, 2026**<br><br>[Re: ECF 35] |

Defendants' motion to dismiss (ECF 35) is HEREBY STRICKEN for failure to comply with this Court's Standing Order Re Civil Cases, which requires among other things that "[a]ll written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced."  Standing Order Re Civil Cases § IV.E.  The Standing Order also provides that "[f]ootnotes shall not be used to cite to legal authorities or evidence," and advises that excessive footnotes will be disregarded.  *Id*. § IV.F.

Defendants SHALL file a corrected motion, conforming in all respects with this Court's Standing Orders and this district's Civil Local Rules, by April 28, 2026.

Plaintiffs' deadline to respond shall run from the filing of the corrected motion.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

_____
BETH LABSON FREEMAN
United States District Judge